UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO. 07-MG-6602-02** |
| **VERSUS** | * | |
| **ANGEL C. FIGEROA** | * | **MAGISTRATE JUDGE HILL** |

### ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. 3142(f), a detention hearing in this case was held on January 30, 2007. I conclude that the following facts require the detention of the defendant.

### FINDINGS OF FACT

There is probable cause to believe that the defendant has committed an offense for which a maximum term of imprisonment of ten years or more is prescribed by 18 U.S.C. 841(a)(1) and that the defendant has not rebutted the presumption established by this finding that no condition or combination of conditions will reasonably assure the safety of the community.

### WRITTEN REASONS FOR DETENTION

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that the defendant was arrested in possession of approximately three pounds of methamphetamine; that the defendant has no ties to this community; that the defendant has a prior felony drug conviction; and that the defendant is illegally in this country.

### DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    Lafayette, Louisiana, January 30, 2007.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE