RECEIVED

MAR 0 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE OPELOUSAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 07-60006-01** |
| VS. | JUDGE: HAIK |
| **ANGEL C. FIGUEROA** | **MAGISTRATE JUDGE: METHVIN** |

## ORDER APPOINTING INTERPRETER

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, it is hereby ORDERED that:

Interpreter:   Gladys Brenke

be appointed as interpreter to assist in the initial appearance and arraignment only. Compensation for these services shall be paid by the Government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

THUS DONE AND SIGNED at Lafayette, Louisiana, this 5th day of March, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140